# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case No.: 25-00265-ELG |
| WOODCREST CONDOMINIUMS IX, LLC, | ) ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

| | |
|---|---|
| WELCH FAMILY LIMITED PARTNERSHIP FIVE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ROGER HARVEY BLACK, et al., | ) ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1334 and 1452, and Rule 9027 of the Federal Rules of Bankruptcy Procedure, Welch Family Limited Partnership Five, by counsel, hereby gives notice of the removal of the civil action described below:

State Court Action. On October 20, 2023, an action styled *Welch Family Limited Partnership Five v. Roger Harvey Black, et al.*, Civil Action No. 2023-CAB-006506, was filed in the Superior Court of the District of Columbia. The complaint names the Debtor, Woodcrest Condominiums IX, LLC, as a party-defendant.

Basis for Removal. This Court has jurisdiction under 28 U.S.C. § 1334 because the claims asserted in the Superior Court Action are directly related to the bankruptcy case of

Woodcrest Condominiums IX, LLC, pending in this Court, Case No. 25-00265-ELG. Removal is proper under 28 U.S.C. § 1452(a) and Fed. R. Bankr. P. 9027.

<u>Filing of Copies</u>. A copy of this Notice of Removal will be filed with the Clerk of the Superior Court of the District of Columbia as required by Fed. R. Bankr. P. 9027(c).

Parties. The parties to the Superior Court Action are Welch Family Limited Partnership Five and Roger Harvey Black, Woodcrest Condominiums II, LLC, Woodcrest Condominiums III, LLC, Woodcrest Condominiums V, LLC, Woodcrest Condominiums VII, LLC, Woodcrest Condominiums X, LLC, Woodcrest Holdings, LLC, and Woodcrest Towns, LLC.

<u>Pleadings</u>. Copies of all process, pleadings, and orders served upon the removing party in the Superior Court Action are attached hereto as **<u>Exhibit A</u>**.

WHEREFORE, Welch Family Limited Partnership Five respectfully gives notice that the above-captioned action is removed to this Court pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027.

Date: September 2, 2025                                    **WELCH FAMILY LIMITED PARTNERSHIP FIVE**
                                                                                  **By Counsel**

                                                                                  /s/ Jeffery T. Martin
                                                                                  Jeffery T. Martin, Jr., Bar No. VA71860
                                                                                  Martin Law Group, P.C.
                                                                                  8065 Leesburg Pike, Suite 750
                                                                                  Vienna, VA 22182
                                                                                  703-834-5550 Office
                                                                                  jeff@martinlawgroup.com
                                                                                  *Counsel for Welch Family Limited Partnership Five*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September 2025, a true and correct copy of the foregoing Notice of Removal was served by CM/ECF or first-class mail upon:

Mark G. Griffin
Griffin & Griffin LLP
1320 19th Street, NW Suite 800
Washington, DC 20036

Roger Harvey Black
190 Wickman Way Rd.
Chester, MD 21619

Woodcrest Condominiums II LLC,
1320 19th Street, NW Suite 800
Washington, DC 20036

Woodcrest Condominiums III, LLC
1320 19th Street, NW Suite 800
Washington, DC 20036

Woodcrest Condominiums IX LLC
1320 19th Street, NW Suite 800
Washington, DC 20036

Woodcrest Condominiums V LLC
1320 19th Street, NW Suite 800
Washington, DC 20036

Woodcrest Condominiums VII LLC
1320 19th Street, NW Suite 800
Washington, DC 20036

Woodcrest Condominiums X LLC
1320 19th Street, NW Suite 800
Washington, DC 20036

Woodcrest Holdings, LLC
1320 19th Street, NW Suite 800
Washington, DC 20036

Woodcrest Towns LLC,
1320 19th Street, NW Suite 800
Washington, DC 20036

/s/ Jeffery T. Martin
Jeffery T. Martin, Jr.